SOUTHERN COTTON OIL COMPANY *v.* BANK OF WRIGHTSVILLE.

GILBERT, J.　A mortgage contained the following description of the land on which it was intended that the instrument should be a lien: "one hundred acres of land, more or less, situated, lying, and being in the 1203d district G. M., Johnson County, Georgia, and bounded on the north by the lands of Dr. Bedingfield, east by Dock Price, south by other lands of J. W. Frost [the mortgagor], and west by lands of John Price," the number of acres not being definite, but qualified by the term "more or less;" and parol evidence was admitted for the purpose of making certain the boundary described as "other lands of J. W. Frost," the mortgagor. *Held,* that under the evidence the court did not err in finding that the mortgage was void for lack of sufficient description. *Shackelford* v. *Orris,* 129 *Ga.* 791 (59 S. E. 772), and cases cited.

*Judgment affirmed. All the Justices concur.*

No. 392.　DECEMBER 13, 1917.

Money rule.　Before Judge Graham.　Johnson superior court. April 28, 1917.

*W. C. Brinson* and *H. T. Hicks,* for plaintiff in error.

---

SHELLNUTT *et al.* v. JOHNSON *et al.*

GEORGE, J.　Under the facts of this case there was no error in refusing to grant the interlocutory injunction. This case, on its facts, is distinguishable from the case of *Mallory* v. *Cowart,* 90 *Ga.* 600.

*Judgment affirmed. All the Justices concur.*

No. 395.　DECEMBER 13, 1917.

Petition for injunction.　Before Judge Searcy.　Fayette superior court.　May 12, 1917.

*J. W. Culpepper,* for plaintiff.

*É. J. Reagan* and *W. B. Hollingsworth,* for defendants.